Case 1:98-cv-00016-WYD   Document 407   Filed 10/12/05   USDC Colorado   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-00016-WYD-OES

U.S.A. *ex rel.* JACK J. GRYNBERG,

Plaintiff,

v.

PRAXAIR, INC., et al.,

Defendants.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, On October 12, 2005.**

Defendant Praxair, Inc.'s Unopposed Motion To Seal Exhibits And To Amend Protective Order [Filed April 5, 2005; Dockets #360-1 **and** #360-2] is **GRANTED**.